**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1069

BRIAN ANTHONY ASPINALL,

Plaintiff - Appellant,

v.

JEREMY FOLLIS; PATRICIA MOSES; SHANNON PHELPS; WILLIAM MACKLEBURG; SHAYLA SIPP, US Equal Employment Opportunity Commission; MIKE HANSON; KEVIN ONG; JEFFREY KELLER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Timothy M. Cain, Chief District Judge.  (8:22-cv-04706-TMC)

Submitted:  July 24, 2025                                    Decided:  July 28, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Anthony Aspinall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Anthony Aspinall appeals the district court's order adopting the magistrate judge's recommendation to dismiss Aspinall's amended complaint raising several federal and state law claims, including claims brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213, and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Aspinall v. Follis*, No. 8:22-cv-04706-TMC (D.S.C. Nov. 30, 2023).  We deny Aspinall's motion for injunctive relief pending appeal as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*